UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUSTIN ALBAUGH § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 7:23-CV-00120 | |
| § | | |
| WIND ACCESS ENGINEERING, INC., § | | |
| AND MAGIC VALLEY ELECTRIC § | | |
| COOPERATIVE, INC., § | | |
| § | | |
| § | | |
| *Defendants*. § | | |

**PLAINTIFF'S PARTIALLY OPPOSED MOTION FOR VOLUNTARY DISMISS WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Justin Albaugh (hereinafter "Plaintiff"), and and hereby move this Court to dismiss this matter against Defendants Wind Access Engineering, Inc. and Magic Valley Electric Cooperative ("Defendants")—without prejudice to refiling—in accordance with Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure:

1. Plaintiffs originally filed this action in good faith based on the understanding that one or more of Defendants' entities were headquartered in Texas. After reviewing Defendant's Notice of Remand and its exhibits, Plaintiff agrees with Defendants that Texas is no longer the proper place for the venue. Defendants are neither incorporated under the laws of, nor do they maintain principal places of business in, the state of Texas;

2. This case is in its infancy and no discovery has occurred. Voluntary dismissal without prejudice at this point would cause zero prejudice to Defendants; and

3. Therefore, Plaintiff seeks to voluntary dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41. Plaintiff has conferred with Defendants on this motion, and Defendant Magic Valley Electric Cooperative is unopposed. Defendant Wind Access Engineering, Inc. is opposed, but has not articulated the basis for same other than that "removal was proper," which does not address the actual dismissal without prejudice.

## I.

### FACTUAL BACKGROUND

This is a personal-injury case arising from an incident that occurred on December 07, 2021, while Plaintiff was preparing to work on a wind turbine using a wind access 360 BMP platform. Plaintiff was uptower lowering the steel cable that the platform uses, when the spool holder malfunctioned and the cable rat nested and caught his hand causing Plaintiff's hand to become nearly severed. As a result of the incident, Plaintiff has already undergone surgery to repair the serious injuries to his hand and arm.

On January 23, 2023, Plaintiff filed suit against Defendants in Hidalgo County District Court. The case was removed to Federal court upon Notice of Removal filed by Defendant Wind Access Engineering, Inc. on April 10, 2023.

## II.

### ARGUMENTS AND AUTHORITIES

Rule 41(a)(2) of the Federal Rules of Civil Procedure applies to Plaintiff's Motion for Voluntary Dismissal. The Rule provides in part, "By Court Order – Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." *See* Fed. R. Civ. Pro. 41(a)(2). The basic purpose of Rule 41(a)(2) is to freely permit the plaintiff, with court approval, to voluntarily dismiss an action

so long as no other party will be prejudiced. *LeCompte v. Mr. Chip, Inc.*, 528 F.2d 601, 604 (5th Cir. 1976). The rule allows the plaintiff to withdraw his action from the court without prejudice to future litigation. *Id*. The traditional principle is that dismissal should be allowed unless the defendant will suffer plain prejudice other than the mere prospect of a re-filing of this case (which does not amount to any sort of prejudice). *Holiday Queen Land Corp. v. Baker,* 489 F.2d 1031, 1032 (5th Cir. 1974), quoting *Durham v. Florida East Coast Ry. Co.*, 385 F.2d 366 (5th Cir. 1967).

Here, there is no prejudice, given the infancy of the litigation and the fact that Defendants filed their answer last month on April 3, 2023.

### III.

### CONCLUSION

For these reasons, Plaintiff respectfully requests that this suit be dismissed without prejudice pursuant to Rule 41.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*Michael Darling*
Caj Boatright
Texas Bar No. 24036237
Roland Christensen
Texas Bar No. 24101222
Michael R. Darling
Texas Bar No. 24105778
6009 Memorial Drive
Houston, TX  77098
Tel: (713) 222-3800
Fax: (713) 222-3850
cboatright@arnolditkin.com
rchristensen@arnolditkin.com
mdarling@arnolditkin.com

e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

### **CERTIFICATE OF CONFERENCE**

I hereby certify that I have attempted to confer with opposing counsel regarding this motion, and Defendant Magic Valley Electric Cooperative is unopposed. Defendant Wind Access Engineering, Inc. is opposed to it.

*/s/ Michael R. Darling*
Michael R. Darling

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on May 10, 2023.

*/s/ Michael R. Darling*
Michael R. Darling